UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JASON CHRISTIAN VARNER,<br><br>　　　Plaintiff,<br>VS.<br><br>SYLVIA L PETERSON, *et al*,<br><br>　　　Defendants. | §<br>§<br>§<br>§  CIVIL NO. 2:13-CV-258<br>§<br>§<br>§<br>§ |

## OPINION AND ORDER OF TRANSFER

This is a civil rights action filed by a state prisoner. Plaintiff Jason Varner is currently assigned to TDCJ's Connally Unit in Kenedy, Texas which is located in Karnes County (D.E. 1). In his complaint, plaintiff complains of events which occurred at TDCJ's Connally Unit (D.E. 1). He alleges that officials denied him access to the courts and retaliated against him (D.E. 1).

A civil action wherein jurisdiction is not founded solely on diversity of citizenship may be brought in (1) a judicial district where any defendant resides, if all defendants reside in the same state, or (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred. 28 U.S.C. § 1391(b). In addition, for the convenience of parties and witnesses, and in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought. 28 U.S.C. § 1404(a).

In this case, the events about which plaintiff complains occurred in Karnes County and the defendants are located there (D.E. 1). Karnes County lies within the San Antonio

Division of the Western District of Texas. 28 U.S.C. § 124(d)(4). The interests of justice would be served by a transfer to the San Antonio Division of the Western District of Texas.

Accordingly, it is ordered that this case be transferred to the United States District Court for the Western District of Texas, San Antonio Division. All pending motions are denied as moot, subject to being reactivated after transfer.

SIGNED and ENTERED this 26th day of August, 2013.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE